

**CORRECT CARE**
RECOVERY SOLUTIONS

# RESIDENT GRIEVANCE FORM

| Name of Resident: Mark Lott | Resident #: | *This area to be completed by Grievance Coordinator* ➡ | Date Received: | Assigned To: Anderson |
|---|---|---|---|---|
| Date Grievance Submitted: 1/25/19 | 984 2762 | | 1/30/19 | ~~Anderson~~ |
| Date of Incident: 1/13/19 — present | Unit/Wing: | | Grievance #: | Due Date: |
| Grievance must be received within 30 days | SMU HD 124 | | 2019020002 | 02/13/19 |

**Grievance is regarding (select one):**

| Medical | ☐ | Mail, package, property | ☐ | Unfair Treatment/Rights Violation | ☑ |
|---|---|---|---|---|---|
| Staff Conduct | ☐ | Problems with medication | ☐ | Behavior Management Committee Outcome | ☐ |
| Clinical Care | ☐ | Issues related to SCDC services/facilities | ☐ | Other ☐ | |

**No Resident shall be retaliated against as a result of filing a grievance**    PLEASE DO NOT ALTER FORM

Use only this form to give a BRIEF summary of your Grievance: On 1/13/19 Phillip Kidd assaulted me which was the 4th time since I got here. since he has threatened me in Front of staff on unit and in his room. Yesterday 1/24/19 while out for shower he threatened me when he got out of shower and was escorted back to his room he threatened me and attempted to get away from officer washington to jump on me.

Relief Requested: I be moved out of the darM with him something be done with Him inside the unit

Resident Signature: Mark Lott          Date: 1/25/19

**Signature is required     Resident keeps pink copy - Submit white and yellow copies in Resident Communication Box**

**INFORMAL ATTEMPT TO RESOLVE:** Anderson          **(Completed By Division Director or Designee)**

**Staff Response:**          Date Received: 1/30/19

Mr. Lott Ms. Kidd behavior was addressed and adequate measures taken. Maintain your behavior and regain your level to move out of SMU. If you know there is an issue I encourage you to practice avoidance and continue to process with your case manager

Resident's Name: Mark Lott     Resident's Signature: Mark Lott     Date: 1/31/19

| *Accepted ☐ | **Not Resolved ☑ | *If Resident does not participate in attempt at informal resolution, response will be marked as **Accepted** by default. If **Accepted**, Resident keeps yellow copy. **If **Not Resolved**, staff to forward yellow and white copy to Grievance Coordinator. |
|---|---|---|

Interviewing Staff Name: Michael McDuke     Interviewing Staff Signature: _____

**FACILITY ADMINISTRATOR'S RESOLUTION (If not resolved at informal level):**

Decision:  Upheld ☐  Denied ☑          Date Received: 1/31/2019

MR. LOTT — YOU ARE ASSIGNED TO A SPECIAL MANAGEMENT UNIT FOR YOUR BEHAVIORS WITH ~~AND~~ SIMILAR BEHAVIORS OF OTHERS. YOU NEED TO WORK YOUR WAY OFF OF SMU. YOU MAY BE PLACED ON PROTECTIVE CUSTODY IF YOU EVER FEEL THREATENED

Facility Administrator Name: TIMOTHY J BUDZ     Facility Administrator Signature: _____

Date of Facility Administrator Resolution: 2/1/19     Date Returned to Resident by Grievance Coordinator: 2/13/19

**CORRECT CARE**
RECOVERY SOLUTIONS

# RESIDENT GRIEVANCE FORM

Anderson

| Name of Resident: Mark Lott | Resident #: 984 2762 | This area to be completed by Grievance Coordinator | Date Received: 3-19-19 | Assigned To: |
| Date Grievance Submitted: Thurs | | | Grievance #: 2019030045 | Due Date: 4-02-19 |
| Date of Incident: 3/12/19 | Unit/Wing: SMU 124 | | | |

*Grievance must be received within 30 days*

**Grievance is regarding (select one):**

| | | | | | |
|---|---|---|---|---|---|
| Medical | ☐ | Mail, package, property | ☐ | Unfair Treatment/Rights Violation | ☑ |
| Staff Conduct | ☐ | Problems with medication | ☐ | Behavior Management Committee Outcome | ☐ |
| Clinical Care | ☐ | Issues related to SCDC services/facilities | ☐ | Other ☑ | |

**No Resident shall be retaliated against as a result of filing a grievance**          PLEASE DO NOT ALTER FORM

Use only this form to give a BRIEF summary of your Grievance:

Today I was assaulted by Phillip Kidd After he was walking around all morning 7 AM to 11:50 AM threatening to jump on and kill me. This is the 5th time since 2013 He has jumped on me and the second time under wellpath the last being 1/13/19 on my previous grievance I was answered that adequate measure had been taken. I would like something to be done this time and I want wellpath staff held accountable.

Relief Requested: I want staff held accountable and to be rewarded.

Resident Signature: Mark Lott          Date: 3/12/19

**Signature is required          Resident keeps pink copy - Submit white and yellow copies in Resident Communication Box**

**INFORMAL ATTEMPT TO RESOLVE:**          (Completed By Division Director or Designee)

Staff Response:          Date Received: 03-19-19

Resident kidd is currently on secure management and cannot hurt you. A review will be done prior to any changes and your safety will be taken into consideration.

Resident's Name: Mark Lott          Resident's Signature: Mark Lott          Date: 3/27/19

|  |  | *If Resident does not participate in attempt at informal resolution, response will be marked as **Accepted** by default. If **Accepted**, Resident keeps yellow copy. |
|---|---|---|
| *Accepted ☑ | **Not Resolved ☐ | **If **Not Resolved**, staff to forward yellow and white copy to Grievance Coordinator. |

Interviewing Staff Name: Cpt Arnold          Interviewing Staff Signature: _____

**FACILITY ADMINISTRATOR'S RESOLUTION (If not resolved at informal level):**

Decision:   Upheld ☐   Denied ☐          Date Received: _____

Facility Administrator Name: _____          Facility Administrator Signature: _____

Date of Facility Administrator Resolution: _____          Date Returned to Resident by Grievance Coordinator: _____

White: Grievance File          Yellow: Resident Resolution          Pink: Resident Receipt          Rev 3/2017

## South Carolina Department of Mental Health

### STATEMENT OF

NAME: Mark Lott

ADDRESS: 4546 Broad River Rd Columbia, SC 29210

SS#: _____

DOB: 9/14/92

Made at: Well Path

This 13th day of March, 2019  Start Time: 11:12 AM  End Time: 11:24 AM

On 3/12/19 at approx 725 AM Phillip Kidd started talking junk as usual, then I was approached by officers Adamson, Bouldin, Tst charles and told to watch myself. After I got back from group at 10:30 AM Phillip Kidd stated he could kill me if he wanted to even while I'm being protected. This was heard by C/o Bouldin and written up. At 1140 AM to 1150 AM Phillip Kidd walked around the unit threatening to jump on me, calling me out to fight and calling me names like pussy boy, faggot, dick sucker, punk, and making death threats. Heard by and written up by Co Bouldin at 1230 PM during lunch when staff were doing breaks and not looking he punched me in my right jaw. He then got locked down, leading up to this approx a month earlier he got charged with threatening to kill me on 1/13/19 he jumped on me No statement was taken   End of statement     ML

I have made the above statement freely, voluntarily, without fear, threat, or promise of reward of any kind.  I have re-read or had read to me the above statement consisting of ____1____ pages, and a true copy has been given to me on this date 3/13/19 .

Sworn to and subscribed before me

this 13 day of March .

_____
Notary Public for South Carolina

My Commission expires _____

_____
Signature of Person Making Statement

_____
Witness

_____
Witness

SCDMH FORM
AUG 80 (REV OCT 2008)  SD-14
REC SCHED 00034

STATE OF SOUTH CAROLINA )
COUNTY OF RICHLAND )

)
)
Mark Lott )
)
Plaintiff )
)
)
)
V )
)
Timothy Budz, Jared )
Anderson and Chris Kunkle )
)
Defendant )
)
)

IN THE COURT OF COMMON PLEAS
THE FIFTH JUSICIAL CIRCUIT


AFFIDAVIT OF Mark Lott


I Mark Lott _____ Hereby Declare and Affirm:

That me being on SMu is a risk to me because though Phillip Kidd is on Protective custody the defendants cannot properly assure that I will be granted full safety, Sometimes the wrong door's are popped or Staff take him out at the same time as me as has been the case several times since I have been on SMu. The defendants knew of Kidd being a threat and risk to me after the 1st incident and yet they left me on the unit with him and it in turn allowed him a second chance to jump on me as he did. My current issue with that is that the defendants cannot assure me safety when they don't work on the units. This is violatin} my rights and is putting me at risk. I tryed to take the steps of putting in the proper communications forms, grievances, and grievance appeals. I am constantly being told to focus on my behaviors. But this is my life and treatment and that should be take seriously. This whole situation should be avoided yet I am being subjected to just deal with it. And to me thats not cool and it causes me lots of feelings and emotions. The Plaintiff feels that he is likely to succeed because this puts him at risk. IF two times of being jumped on ain't enowh, how many more times will it take. IF he does get loose by his door accidentally being popped or we do get to be on the unit at the same time for any reason whats to say he don't do it again. The Plaintiff wants assurance of safety and the only way to give him that assurance is to put this injuction thats reaouested into place. Thus the Plaintiff asserts that it is futher right that in accordance to his right it is fair that the court futher puts the reauested

injuction into Place, This Plaintiff does assert that Kidd is on Protective Custody
but does not neccesarrily guarentee him full safety

I _Mark Lott_ Do Affirm and Declare this under penalty of
Perjury that the foregoing is true and correct.

On this 7th Day of _October_ 2019 In Columbia, South Carolina

Sworn to and Subscribed before me )

This 31st Day of _October_ 2019 )

_Aundrea Richburg_

Notary public for South Carolina )
My Commission Expires: _6/27/2019_ )

Signed this day 31 OF _October_
2019

AUNDREA RICHBURG
NOTARY PUBLIC, STATE OF SOUTH CAROLINA
My Commission Expires 06/27/2029

HD

**South Carolina SVPTP**
**Resident Communication Form**

**⚕ wellpath**
RECOVERY SOLUTIONS

**Resident Name :** Mark Lott

**Date:** 3/12/19

**Area of Concern or Interst: (Please select one per form)**

☐ Property (i.e. package request)
☐ Treatment          Chief Anderson
☑ Security
☐ Programs / Activites
☐ Medical Care (requests for care must be submitted on sick call form)
☐ Food Service
☐ Maintenance
☐ Other (specifiy an area of concern not a specific person): _____

**Brief description of concern or Issue to be communicated:**

I am upset because between 7 AM and 12:30 PM Phillip Kidd walked around the unit threatelling me and stated how I was protected by staff and stating he could still kill me. at 10:30 AM Officer Boldin heard it and wrote it up. Between 11:35 AM and 11:50 AM He called me out to fight called me names including Pussybod, punk dicksucker heard by Boldin yet nothing was done. During lunch at 12:30 PM I was arguins with another resident when Phillip Kidd punched me in my jaw. Staff were serving lunch. on A prievous request written stated staff will handle these things when they come up. It is never done, Something should've been done earlier today

**Resident Signature:** Mark Lott

**Staff Response:**

I will have this looked into.

**Staff Name:** _____

**Staff Signature:** _____

**Date:** 3/15/19

*\*\*All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept Communication Forms in person.*

12/2018

# wellpath
RECOVERY SOLUTIONS

## RESIDENT GRIEVANCE FORM

For office use only.

| | | |
|---|---|---|
| **Name of Resident:** Mark Lott | **Resident #:** 984 2762 | **Date Received:** 10/10/19 | **Assigned To:** Dr. Kinkle |
| **Date Grievance Submitted:** 10/4/19 | | | |
| **Date of Incident:** 10/4/19 *Grievance must be received within 30 days* | **Unit:** SMU 115 | **Grievance #:** 2019100010 | **Due Date:** 10/24/19 |

**Grievance is (select one):**

☐ Medical   ☐ Clinical Care   ☐ Mail, package, property   ☐ Behavior Management Committee Outcome

☐ Staff Conduct   ☑ Unfair Treatment/Rights Violation   ☐ Issues related to services/facilities   ☐ Other

**No Resident shall be retaliated against as a result of filing a grievance**   PLEASE DO NOT ALTER FORM

Use only this form to give a BRIEF summary of your Grievance: I was placed on smu today because of an disorderly conduct charge. Yet Phillip Kidd is on smu still and according to an affidavit in my lawsuit mr Budz stated I am no longer on this unit with him before and by all three of my defendants they didnt know of issues with us prior to him assaulting me. Now I have been placed on the unit with him again and anything is possible to happen you never know what can take place. If I have to stay on smu longer than BMC whats to say something wont happen to me again.

Relief Requested: I be moved back to my unit do my lock down time and get off when appropriate.

Resident's Signature: Mark [signature]   Date: 10/4/19.

**Signature is required    Resident keeps pink copy - Submit white and yellow copies in Resident Communication Box**

**INFORMAL ATTEMPT TO RESOLVE:**   Date Received: 10/10/19

You are currently both secured and not allowed in the day room at the same time. I also cannot discuss the status of another resident. Please conform your behavior to the rules to ensure your success in the program.

Division Director's Name: Chris Kinkle   Division Director's Signature: [signature]   Date: 10/10/19

☐ *Accepted        ☐ **Not Resolved

Resident's Name: Mark Lott   Resident's Signature: Mark Scott   Date: 10/10/19

**FACILITY ADMINISTRATOR'S RESOLUTION (If not resolved at informal level):**

Relief Requested is:   ☐ Upheld   ☑ Denied   Date Received: 10/10/19

MR. LOTT - PLEASE FOCUS ON YOUR BEHAVIORS AND ALLOW US TO OPERATE THE FACILITY WHILE USING OUR JUDGMENT WITHIN THE SPACE RESOURCES AVAILABLE. IF YOU DON'T WANT TO BE ON SMU, THEN STOP YOUR INAPPROPRIATE BEHAVIORS THAT RESULT IN BEING PLACED ON THE SMU.

Facility Administrator's Signature: [signature] 10/14/19   Date Returned to Resident by Grievance Coordinator: _____

White: Grievance File      Yellow: Resident Resolution      Pink: Resident Receipt      Rev 4/2019

Exhibit

**GRIEVANCE APPEAL FORM**

CORRECT CARE
RECOVERY SOLUTIONS

| Name of Resident: Mark Loft | ID#: 984 2762 | Date Received Stamp: |
| | Unit/Wing: SMU 1/S | 10/18/19 |
| Date of Incident Occurrence: 10/4/19 | Date Appeal Submitted: 10/14/19 | (office use only) |
| | | RE: Grievance #: 2089/00016 |

Use this form only to APPEAL a Grievance. Resident may appeal a grievance if he believes that factual information was not considered or other mitigating circumstances exist that were not previously considered. Appeal must be submitted within 10 days of Resident receiving Grievance response.

**DO NOT ALTER FORM**

**STATE BRIEFLY WHY YOU ARE NOT SATISFIED WITH THE RESOLUTION TO YOUR GRIEVANCE.**

I wrote my grievance on the fact I have been placed on the unit with Phillip Kidd who jumped on me 2 times this year and that even though he is locked down theres a chance anything will happen to where our doors open at the same time or whatever. As was the case this morning while I was on rec since Im locked down the captain had the staff have him out taking a shower at that time. I was at risk of harm then. My answer to grievance was that they will discuss another resident and to stop my behaviors but I shouldn't be on the same unit with him as I'm not just placed on unit with whitlock who jumped on me in the past

Resident Signature: _Mark Loft_                                 Date: _10/14/19_

**(Signature Required)     Keep yellow copy - Submit white copy In Resident Communication Box**

---

| CORPORATE VP'S RESPONSE: 11/08/19 | Date Received: 10/25/19 |

Decision:  ☐ Upheld   ☒ Denied

Response: I encourage you to improve your disposition and return to general population where the accommodations may better suit your interests

VP's Signature: _____  Date: 10/25/19

Date Returned to Resident By Grievance Examiner: _____   **Genna Marx Brisson**
Vice President, Operations & Contract Administration
Correct Care Recovery Solutions

**Decision of Corporate VP is Final**

Exhibit
B

**South Carolina SVPTP**
Resident Communication Form

**wellpath**
RECOVERY SOLUTIONS

Resident Name : _Mark Lott_          Date: _1/25/19_

**Area of Concern or Interst: (Please select one per form)**

- [ ] Property (i.e. package request)
- [ ] Treatment
- [✓] Security
- [ ] Programs / Activites
- [ ] Medical Care (requests for care must be submitted on sick call form)
- [ ] Food Service
- [ ] Maintenance
- [ ] Other (specifiy an area of concern not a specific person): _____

**Brief description of concern or Issue to be communicated:**

Phillip Kidd is still threatening me and trying to Jump on Me when he comes out for rec and Shower as he did Yesterday after he Showered and had to be Physically escorted to his room by officer Washington

Resident Signature: _Mark Lott_

**Staff Response:**

Report situations like this to unit staff and they will handle accordingly.

Staff Name: _____

Staff Signature: _____          Date: _1/31/19_

**All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept Communication Forms in person.

12/2018



# wellpath
RECOVERY SOLUTIONS

## RESIDENT GRIEVANCE FORM

| | | For office use only. | |
|---|---|---|---|
| **Name of Resident:** | **Resident #:** | **Date Received:** | **Assigned To:** |
| **Date Grievance Submitted:** | | | |
| **Date of Incident:** | **Unit:** | **Grievance #:** | **Due Date:** |
| *Grievance must be received within 30 days* | | | |

**Grievance is regarding (select one):**

☐ Medical    ☒ Clinical Care    ☐ Mail, package, property    ☐ Behavior Management Committee Outcome

☐ Staff Conduct    ☐ Unfair Treatment/Rights Violation    ☐ Issues related to services/facilities    ☐ Other

No Resident shall be retaliated against as a result of filing a grievance    **PLEASE DO NOT ALTER FORM**

Use only this form to give a BRIEF summary of your Grievance: _____

_____

_____

_____

_____

_____

_____

_____

Relief Requested: _____

Resident's Signature: _____    Date: _____

Signature is required    Resident keeps pink copy - Submit white and yellow copies in Resident Communication Box

**INFORMAL ATTEMPT TO RESOLVE:**    **Date Received:** _____

_____

_____

_____

_____

Division Director's Name: _____    Division Director's Signature: _____    Date: _____

☐ *Accepted    ☐ **Not Resolved

Resident's Name: _____    Resident's Signature: _____    Date: _____

**FACILITY ADMINISTRATOR'S RESOLUTION (if not resolved at informal level):**

**Relief Requested is:** ☐ Upheld    ☐ Denied    **Date Received:** _____

_____

_____

_____

_____

Facility Administrator's Signature: _____    Date Returned to Resident by Grievance Coordinator: _____

White: Grievance File    Yellow: Resident Resolution    Pink: Resident Receipt    Rev 4/2019



**GRIEVANCE APPEAL FORM**

| Name of Resident: Mark Loff | ID#: 984 2762 | Date Received Stamp: |
|---|---|---|
| | Unit/Wing: SMU 123 | 12/17/19 |
| Date of Incident Occurrence: | Date Appeal Submitted: | |
| on going | 12/13/19 | RE: Grievance #: 2019110030 |

Use this form to APPEAL a Grievance. Resident may appeal a grievance if he believes that factual information was not considered or other mitigating circumstances exist that was not previously considered. Appeal must be submitted within 10 days of Resident receiving Grievance response.

**DO NOT ALTER FORM**

STATE BRIEFLY WHY YOU ARE NOT SATISFIED WITH THE RESOLUTION TO YOUR GRIEVANCE.

Being subjected to mental and emotional abuse of another resident is not right, it causes me

strong feelings and emotions as well as stress. Also though the resident in question is on protective

custody, I should not be subjected to abuse the administration has me being subjected to by having

me on the same unit with him after he done jumped on me twice.

Resident Signature: _____      Date: 12/13/19

(Signature Required)     Keep yellow copy – Submit white copy in Resident Grievance Box

---

**WELLPATH VICE PRESIDENT'S RESPONSE:** 1/15/20     Date Received: 1/2/20

Decision: ☐ Upheld ☒ Denied

Response: AGREE WITH ADMIN STRATOR.

VP's Signature: _____      Date: 1/13/20

Date Returned to Resident by Grievance Examiner: _____

Genna Marx Brisson
Vice President, Operations & Contract Administration
Wellpath Recovery Solutions

**Decision of Corporate VP is Final**

White: Resident File     Yellow: Resident Receipt



**wellpath**
RECOVERY SOLUTIONS

## RESIDENT GRIEVANCE FORM

|  |  | For office use only. |  |
|---|---|---|---|
| **Name of Resident:** | **Resident #:** | **Date Received:** | **Assigned To:** |
| **Date Grievance Submitted:** |  | 4/19/19 | Dr. Kunkle |
| **Date of Incident:** | **Unit:** | **Grievance #:** | **Due Date:** |
| *Grievance must be received within 30 days* |  | | |

**Grievance is regarding (select one):**

☐ Medical  ☐ Clinical Care  ☐ Mail, package, property  ☐ Behavior Management Committee Outcome

☒ Staff Conduct  ☐ Unfair Treatment/Rights Violation  ☐ Issues related to services/facilities  ☐ Other

**No Resident shall be retaliated against as a result of filing a grievance**   PLEASE DO NOT ALTER FORM

Use only this form to give a BRIEF summary of your Grievance: _____

_____

_____

_____

_____

_____

_____

_____

**Relief Requested:** _____

**Resident's Signature:** _____   Date: _____

**Signature is required**   **Resident keeps pink copy - Submit white and yellow copies in Resident Communication Box**

**INFORMAL ATTEMPT TO RESOLVE:**   **Date Received:** _____

_____

_____

_____

_____

**Division Director's Name:** _____   **Division Director's Signature:** _____   Date: _____

☐ *Accepted   ☐ **Not Resolved

**Resident's Name:** _____   **Resident's Signature:** _____   Date: _____

**FACILITY ADMINISTRATOR'S RESOLUTION (If not resolved at informal level):**

**Relief Requested is:** ☐ Upheld   ☒ Denied   **Date Received:** _____

PLEASE EXPLAIN IN GROUP YOUR REACTIONS

THAT CONTRIBUTE TO MANY CONFLICTS WITH YOUR

PEERS.

**Facility Administrator's Signature:** _____   Date Returned to Resident by Grievance Coordinator: 12/10/19

White: Grievance File    Yellow: Resident Resolution    Pink: Resident Receipt    Rev 4/2019

HD

**South Carolina SVPTP**
Resident Communication Form

**wellpath**
RECOVERY SOLUTIONS

Resident Name : Mark Loft

Date: 3/31/19

**Area of Concern or Interst: (Please select one per form)**

- [ ] Property (i.e. package request)      Dr Kunkle      Captain Arnold
- [✓] Treatment                            Chief Anderson
- [✓] Security
- [ ] Programs / Activites
- [ ] Medical Care (requests for care must be submitted on sick call form)
- [ ] Food Service
- [ ] Maintenance
- [ ] Other (specifiy an area of concern not a specific person): _____

**Brief description of concern or Issue to be communicated:**

This morning once again Kidd Made a threat to harm Me.
TST gaines heard it and wrote it up at 7:55 Am, But I am
concerned cause Your Staff lets him out to shower in a regular
shower with no handcuff, He can Press the button in his room
and sometimes whoevers in the Central room will open his door.
I am a trigger for him and he is a Physical threat to me.
I wish You all would understand we have history from SCDC
Kirkland which is why I am a trigger for him, Please Move me
From around him. I will stay doing right.

Resident Signature: Mark Loft

**Staff Response:**

We will look into the issue.

Staff Name: _____

Staff Signature: _____

Date: 4/3/15

***All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept
Communication Forms in person.**

12/2018

HD

**South Carolina SVPTP**

**Resident Communication Form**

⁂ **wellpath**
RECOVERY SOLUTIONS

Resident Name : _Mark Litt_                    Date: _3/14/19_

**Area of Concern or Interst: (Please select one per form)**

- [ ] Property (i.e. package request)       _Anderson_
- [ ] Treatment
- [x] Security
- [ ] Programs / Activites
- [ ] Medical Care (requests for care must be submitted on sick call form)
- [ ] Food Service
- [ ] Maintenance
- [ ] Other (specifiy an area of concern not a specific person): _____

**Brief description of concern or Issue to be communicated:**

This Morning while serving Chow Officer dorsey gave Kidd his tray at
6:25 AM and left Kidds door wide open while he walked to the front
of the unit to get Kidd coffee. This put me at risk of being assaulted
again, when Me and another resident let him know he shouldn't do it He was
rude saying we need to mind our business and let him do what hes gonna do,

Resident Signature: _Mark Litt_

**Staff Response:**

Thank you for the information

Staff Name: _Anderson_

Staff Signature: _____    Date: _3/15/19_

*\*All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept
Communication Forms in person.*                                                    12/2018

CORRECT CARE

SOUTH CAROLINA SVPTP
Witness Statement

Resident Name: Mark Left                     SVPTP# 984 2762

1. Witness

   ☑ Staff Member name & Title: TST Carter

   ✓ Other Individual name: Officer Whetstone

   ○ Resident Name: _____    SVPTP #: _____

2. Resident Refusal:

The witness voluntarily refused to provide a written statement to the investigation Officer and the following signature(s) attests to that fact:

Witness Signature: _____    Date: _____

Signature of Investigating Officer: _____    Date: _____

3. Witness Statement:

On 4/1/19 at Approx 4:20 PM Kidd called my name multiple times in vent on TST Carter. When I ignored him Kidd said thats why he beats my ass cause I be picking on him. At 4:31 PM to 4:34 PM Kidd hollered out his door he was gonna beat my ass everytime he came out and get lased down. TST Carter and Officer Whetstone heard him. I asked them to document it. They said they didn't hear it and didn't have time for it. I am scared and want something to be done

Witness Signature ___Mark Scott___          Date 4/1/19

Signature of Staff Member _____    Date _____

Legibly Print Name ( _____ )

CORRECT CARE

SOUTH CAROLINA SVPTP
Witness Statement

Resident Name: _Mark Lott_                    SVPTP# _984 2762_

1. Witness
   o  Staff Member name & Title: _Officer Cross_
   o  Other Individual name: _TST Bass_
   o  Resident Name:_____ SVPTP #:_____

2. Resident Refusal:

The witness voluntarily refused to provide a written statement to the investigation Officer and the following signature(s) attests to that fact:

Witness Signature:                    _____    Date:_____

Signature of Investigating Officer:   _____      Date:_____

3. Witness Statement:

on 4/6/19 at 6 AM Housing control opened all SMU doors including the isolation room in Which Phillip Kidd is Housed It took 30 Minutes to get that door locked back. It is an issue because Kidd has jumped on Me twice. I requested a Witness Statement and communication form to write it up. Officer Cross Stated he could not give it to Me. I then requested to Speak to the captain which he said he could not do. I then walked to the Sally Port where the captain Came and Saw Me. I needed to talk to Someone to avoid cursing Staff or getting in Worse trouble.

Also Mr Cross got Very Nasty With me When I was on the Phone He banged the tray on the trash can beside Me Where I Could Here I asked him was it Necessary Cause it was discrespectful. He said Yes it Part of his Job if I didnt like it do My fucking PaPer Work. I Said I will I Can do that real good.

Witness Signature _Mark Lott_                    Date _4/6/19_

Signature of Staff Member _____    Date _____
                    Legibly Print Name (                    )

**South Carolina SVPTP**

*urgent*

**Resident Communication Form**

### ⚡ wellpath
RECOVERY SOLUTIONS

Resident Name : Mark Lott     Date: 4/2/19

**Area of Concern or Interst: (Please select one per form)**

☐ Property (i.e. package request)

☑ Treatment     *Dr Kunke*

☐ Security

☐ Programs / Activites

☐ Medical Care (requests for care must be submitted on sick call form)

☐ Food Service

☐ Maintenance

☐ Other (specifiy an area of concern not a specific person): _____

**Brief description of concern or Issue to be communicated:**

I feel it is imperative that I get out of SMU. I need seperation from Kidd, But I feel since I too have been doing well I should be given a chance on the unit since I have been staying out of trouble. I attend groups and participate, I am taking my shot can I go to A unit too. I have never been given that chance Before like others who are already going back for a second time. Also can I still go to Blue Ridge. I would appreciate not going to midlands if I can help it, But will if I absolutely have to (Please give Me a chance)

Resident Signature: Mark Lott

**Staff Response:**

You were given a date to be moved and committed over infraction. At this time you will remain on SMU until your a maximum of 6/24/19. You have been offered. Protective Management and declined.

Staff Name: _____

Staff Signature: _____     Date: 4/3/19

*\*\*All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept Communication Forms in person.*

**South Carolina SVPTP**
Resident Communication Form

‰ **wellpath**
RECOVERY SOLUTIONS

Resident Name : Mark Lodf

Date: 4/1/19

**Area of Concern or Interst: (Please select one per form)**
☐ Property (i.e. package request)    Dr Kunkle
☐ Treatment
☐ Security
☐ Programs / Activites
☐ Medical Care (requests for care must be submitted on sick call form)
☐ Food Service
☐ Maintenance
☐ Other (specifiy an area of concern not a specific person): _____

**Brief description of concern or Issue to be communicated:**

Being I am doing what we discussed by staying out of trouble, taking My shot, and Participating in treatment/group IF I stay you a period of more time can I be moved to the dorm to finish My time so I can be away from Kidd. I will continue to do right and what I am supposed to do. Please give me a chance at this, what date could this be possible? I want to move away from Kidd please move me.

Hanks

Resident Signature: Mark Scott

**Staff Response:**
SEE Respone on 4/3/19

Staff Name: _____

Staff Signature: _____    Date: _____

*\*\*All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept Communication Forms in person.*

**South Carolina SVPTP**

Resident Communication Form

**≋ wellpath**
RECOVERY SOLUTIONS

Resident Name: _Mark Litt_                    Date: _4/1/19_

**Area of Concern or Interst: (Please select one per form)**

☐ Property (i.e. package request)       _Captain Arnold_
☐ Treatment
☐ Security                               _Dr Kunkle_
☑ ̶S̶e̶c̶u̶r̶i̶t̶y̶
☐ Programs / Activites
☐ Medical Care (requests for care must be submitted on sick call form)
☐ Food Service
☐ Maintenance
☐ Other (specifiy an area of concern not a specific person): _____

---

**Brief description of concern or Issue to be communicated:**

At 4:20 PM Kidd called my name, I ignored him and He said thats why
he beat my ass cause I be Picking on him. At 431 PM while Playing cards he
yelled under his door 10 times he was gonna jump on me and beat my
ass everytime He gets a chance, He yelled it until 434 PM officer whetstone
and TST carter Heard it and refused to document it and Said they don't
have time for that today, I am scared and want something to be done



Resident Signature: _Mark Scott_

---

**Staff Response:**

_SEE Response on 4/3/19_




Staff Name: _____

Staff Signature: _____          Date: _____

---

*\*\*All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept
Communication Forms in person.*                                              _12/2018_

(1)



- On 1/13/19 Phillip Kidd Assaulted Me for no reasn. 1/25/19 I Filed a grievance and communication form about it and wanted to be separated From him on 1/31/19 I got my request back saying report situations to staff who will handle them. on 1/31/19 I got my grievance back saying Kidd's behavior had been addressed and adequate measures taken and to get my level and get out of smu. I checked not resolved and it went to Mr Budz who said I am assigned to smu for behaviors and need to work my way off SMU and that I could be offered protective Custody. Phillip Kidd has a history of assaulted people and has been doing it since he has been in the Program. I have been in this Program since 2/19/13 and he has assaulted me 5 times now. I have been subjected to physical, mental and emotional pain.

- Approx 2/17/19 He got a write up for threatening to kill me

- On 3/9/19 6:55 PM Kidd made remarks towards me written up by Officer Jones

- 3/12/19 10:30 AM stated he could kill me if he wanted to heard by Officer Bouldin

- 3/12/19 11:40 AM - 11:50 AM Kidd walked around the unit threatening to kill me, calling me out to fight and making death threats to me heard by Officer Bouldin

- 3/12/19 12:30 PM during chow when staff wasn't looking Kidd assaulted me broke up by a resident.

- 3/13/19 PSO Williams came and took my statement

- 3/12/19 Wrote Chief Anderson about the incident answered on 3/13/19 He wrote it will be looked into

- 3/14/19 wrote a request about Kidd door being left open.

- 3/31/19 wrote a request because Kidd said he was gonna beat my ass and was heard by TST Gaines, Officer Bouldin and TST Osita written up by Gaines



- On 3/12/19 Filed a grievance Because I had Yet again been assaulted by Kidd. On 3/27/19 got a answer stating Kidd is on SMS and cannot harm you and prior to any changes my safety would be taken into consideration

- 4/1/19 4:20 PM Kidd called my name when I didnt answer he said thats why he beat my ass cause I Be picking on him I wrote a witness statement, staff did nothing

- 4/3/19 431-434 PM Kidd hollered 10 times under his door he would beat my ass every time he had a chance heard by officer whetstone and TST carter who refused to write it up

- 4/3/19 8:20 AM Kidd stated when he came out he was gonna bust me in my mouth heard by TST lowery

- 4/3/19 821 AM. Kidd stated no one could stop him or do anything about it. Heard by TST lowrey and written up

- 4/3/19 140 PM Kidd taken out of his room and made to sit on millue in handcuffs while his room was cleaned by officer Thomas

- 4/3/19 Chief Jared Anderson called me in the office at 440 PM to offer me protective custody from Kidd. I denied because Kidd is locked down

- 4/6/19 the officer in the cantal room opened all doors at 6 AM including kidds and didn't say his door was open when it was not supposed to have been and it didn't get locked back until 630 AM

CORRECT CARE

SOUTH CAROLINA SVPTP
Witness Statement

Resident Name: _Mark Lott_     SVPTP#_984/2762_

1. Witness

   ☑ Staff Member name & Title: _Officer Bouldin_

   ○ Other Individual name: _____

   ○ Resident Name:_____ SVPTP #:_____

2. **Resident Refusal:**

The witness voluntarily refused to provide a written statement to the investigation Officer and the following signature(s) attests to that fact:

Witness Signature: _____ Date:_____

Signature of Investigating Officer: _____ Date:_____

3. **Witness Statement:**

Today at 8:35 AM officer Robinson and officer Bouldin opened Kidds door to get him a shower. He was handcuffed and allowed to walk to the shower by me unescorted. Mr Bouldin sat and wailed at the table. When Kidd finished at 8:45 AM he was rehandcuffed and escorted to his room. As he walked by he said look at the little boot. And he talked junk to me all the way to his room. Heard by other residents and Mr Bouldin. My thing is he is supposed to shower in the lock up shower. What if he would have jumped on me. I could not go to my room because doors have to stay locked at all times now.

_____

_____

_____

_____

_____

_____

Witness Signature_____ Date_4/19/19_

Signature of Staff Member _____ Date_____

Legibly Print Name (_____)

**South Carolina SVPTP**
Resident Communication Form

**≋ wellpath**
RECOVERY SOLUTIONS

Resident Name : Mark Cott          Date: 4/23/19

**Area of Concern or Interst: (Please select one per form)**

☐ Property (i.e. package request)    Chief Anderson

☐ Treatment

☑ Security

☐ Programs / Activites

☐ Medical Care (requests for care must be submitted on sick call form)

☐ Food Service

☐ Maintenance

☐ Other (specifiy an area of concern not a specific person): _____

**Brief description of concern or Issue to be communicated:**

I am writing to ask if Before Phillip Kidd is taken off SMS in the unit if my safety is going to be taken into consideration and me be Possibly be Moved So It wont Happen again? I am trying to avoid Paperwork/lawsuits all I want is to be separated from him will you please work with me and help me.

Resident Signature: Mark Sott

**Staff Response:**

Your situation will be reviewed.

Staff Name: _____

Staff Signature: _____          Date: 4/24/19

**All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept Communication Forms in person.

12/2018

urgent

p5

**South Carolina SVPTP**
Resident Communication Form

**wellpath**
RECOVERY SOLUTIONS

Resident Name: _Mark Lott_

submitted
Date: _10/4/19_

**Area of Concern or Interst: (Please select one per form)**

☐ Property (i.e. package request)
☑ Treatment
☑ Security
☐ Programs / Activites
☐ Medical Care (requests for care must be submitted on sick call form)
☐ Food Service
☐ Maintenance
☑ Other (specifiy an area of concern not a specific person): _____

Dr Kunkle
Chief Anderson
Mr Budz

**Brief description of concern or Issue to be communicated:**

I am writing to my having been put on SMU. I first do not agree with this decision because me and Sanders were not fighting. We had a disagreement. And we are over here and locked down. Second I have an active lawsuit against you all and in it was stated me and Kidd were on separate housing units and would remain on separate units. I had a separate order from Whittick why dint I have one from Kidd. This is not fair and I feel you all are disregarding my right as stated in my case. I understand he is locked down currently but it is still lack of regard.

Resident Signature: _Mark Lott_

**Staff Response:**

You are on SMU due to your conduct. This will be reviewed at BMC.

Staff Name: _____

Staff Signature: _____    Date: _10/8/19_

**All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept Communication Forms in person.**

12/2018

Exhibt
1

**South Carolina SVPTP**

**Resident Communication Form**

**⚕ wellpath**
RECOVERY SOLUTIONS

Resident Name : _Mark Loft_                Date: _11/16/19_

**Area of Concern or Interest: (Please select one per form)**

☐ Property (i.e. package request)

☐ Treatment

☑ Security

☐ Programs / Activities

☐ Medical Care (requests for care must be submitted on sick call form)

☐ Food Service

☐ Maintenance

☑ Other (specify an area of concern not a specific person): _____

_Chief Jared Anderson_
_Dr Chris Kunkle_
_MR. Timothy Buck/Z_

---

**Brief description of concern or Issue to be communicated:**

I am writing cause again today Phillip Kidd yelled
out his door and threatened to kill me, was heard by officer
Boudain and written up. I am still being subjected to
mental and emotional abuse by him at the hands of you
all.

Resident Signature: _____

---

**Staff Response:**

We are aware of this incident, as you know the resident
in question is on Secure Status. You have remained on
since due to your own pattern of chronic misconduct.
You are also aware that you are to Stay out of the
restricted area on SMU and you have also declined all
offers of protective management status.

Staff Name: _____

Staff Signature: _____                Date: _11/19/19_

---

*\*\*All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept Communication Forms in person.*

12/2018

**South Carolina SVPTP**

**Resident Communication Form**

**≑ wellpath**

RECOVERY SOLUTIONS

Resident Name : _Mark Lott_     Date: _11/16/19_

**Area of Concern or Interst: (Please select one per form)**

[ ] Property (i.e. package request)

[✓] Treatment          _Dr Kunkle_

[✓] Security          _Chief Anderson_

[ ] Programs / Activites     _Timothy Budz_

[ ] Medical Care (requests for care must be submitted on sick call form)

[ ] Food Service

[ ] Maintenance

[✓] Other (specifiy an area of concern not a specific person): _____

---

**Brief description of concern or Issue to be communicated:**

tonight while I was playing cards and Phillip Kidd yelled
out his door that he was gonna kill me heard by officers
cannon and Hellward. I dont know if it was written up.

Resident Signature: _____

---

**Staff Response:**

See attached.

Staff Name: _____

Staff Signature: _____     Date: _11/19/19_

---

*\*\*All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept*
*Communication Forms in person.*          _12/2018_

# 2.1 Disclosure Group Coping Log

**Name:** Mark Loff

**Date:** 1/4/20

┊┊ well

**1. Tell us – "What Happened?"**

Today the resident I aon't supressed to be out with who has been locked down. I had anxiety real bad all my blood pressure was up. Administration teld the police he came off, they would make charges with me. I got anxiety at by others who didn't care and had to stay in my room and have select other residents around me to make sure he didn't happen me

**2. What were your thoughts about it?**

This is bullshit.
The administration withholding the credit of what they say

**3. How did you feel about it?**

Anxious, scared, nervous, cautious, Angry

**4. Why is this a problem with what happened (It could be a situation, stress, an emotion, and/or thoughts)?**

Because He has sumped in past and threatened he do it again when he could and they let him out at the same time as me

**5. How did you try to solve the issue and any accompanying emotions?**

I stayed in my room or near staff or select other residents as it I came to my door or out.

**6. What did you want to have happen?**

Avoid getting jumped on and/or in trouble

# 2.1 Disclosure Group Coping Log

**wellpath**
RECOVERY SOLUTIONS

Name: _Mark Lott_

Date: _3/13/19_

## 1. Tell us - "What Happened?"

A resident was walking around threatening me that he was gonna jump on me and that no staff could protect me, staff tired to protect me with bots started. During chow when they wasn't paying attention. He hit me.

## 2. What were your thoughts about it?

They shouldn't have allowed him to continue walking around threatening me after the 1st time staff great fault cause they knew he had a violent history

## 3. How did you feel about it?

Angry, frustrated, Hurt, Mad and embarrassed

## 4. Why is this a problem with what happened (it could be a situation, stress, an emotion, and/or thoughts)?

Because I was stressing about it happening and knew it eventually would and was upset when it happened

## 5. How did you try to solve the issue and any accompanying emotions?

After it happened I calmed down and talked to staff

## 6. What did you want to have happen?

the staff to lock him down before it happened

# 2.1 Disclosure Group Coping Log

**wellpath**
RECOVERY SOLUTIONS

Name: ___Mark Loff___                    Date: 4/6/19

**1. Tell us - "What Happened?"**

When the cell/al call opened smys doors the isolation room was opened. The resident who had jumped on me was mine. I was offered 3 minutes when I asked for communication tents and witness statements the staff said he couldn't do it. So I then asked to speak to the captain and the shift said he couldn't do it. So I said I would get him over here and went to the sally port until he calle.

**2. What were your thoughts about it?**

why must it always be something?          There only doin it cause its me
what Bad is me. A piece of shit.
I will show you
who the fu*k they are talking to.

**3. How did you feel about it?**

Angry, upset, hurt, frustrated, concerned

**4. Why is this a problem with what happened (it could be a situation, stress, an emotion, and/or thoughts)?**

Because I don't want to be jumped on. I was already upset because it's not be addressed as it is.

**5. How did you try to solve the issue and any accompanying emotions?**

I have filed communication forms, grievances and witness statements. I have talked about it with case managers in Xnit and adm inisration.

**6. What did you want to have happen?**

I want to be moved away from him. staff be held accountable for his door bein3 opened when it should have been

urgent
life/death
it well                                                                      SJ

**South Carolina SVPTP**
Resident Communication Form

Resident Name : Mark Lott                                    Date: 1/1/20

1st copy                                                                    ML

Area of Concern or Interest: (Please select one per form)

☐ Property (i.e. package request)     Dr Kunkle                  Placed
☒ Treatment                            Chief Anderson             in Box
☒ Security                             MR Budz                    on
☐ Programs / Activities                                           1/1/2
☐ Medical Care (requests for care must be submitted on sick call form)
☐ Food Service
☐ Maintenance
☒ Other (specify an area of concern not a specific person): _____

---

Brief description of concern or Issue to be communicated:

This morning staff let Phillip Kidd who is on PC come out at 9:45 AM and stay out until after 3. with everyone else and walk around. I was out and he ain't supposed to even be out I had to endure everyone making fun of and laugh at me, while I am in my room hiding and crying cause its funny. He is not only on PC but he is a threat to me and they just let him out to walk around. You all said on paper and to the court this wouldn't happen, yet it is. I was told in writing before his status changed I would be notified and appropriate measures and placements taken and now it ain't. If he is allowed to come out when he wants to, can I move back to the unit to prevent being jumped on?

Thanks

Resident Signature: [signature]

---

Staff Response:

This request is moot. You were moved to medlards.
Since it was sent and have previously reported to incident.

Staff Name: _____

Staff Signature: _____          Date: 1/13/20

---

*\*\*All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept Communication Forms in person.*                                                    12/2018

**South Carolina SVPTP**

Resident Communication Form

Resident Name : Mark Lott

Date: 12/2/20

**Area of Concern or Interest: (Please select one per form)**

- [ ] Property (i.e. package request)
- [X] Treatment
- [ ] Security
- [ ] Programs / Activities
- [ ] Medical Care (requests for care must be submitted on sick call form)
- [ ] Food Service
- [ ] Maintenance
- [ ] Other (specify an area of concern not a specific person): _____

Dr Kunkle

Brief description of concern or Issue to be communicated:

I want to know if I am gonna be moved before Kidd comes off PC. He asked yesterday and was let out then Chief told the captain he had to request PC to be lifted. Now he has requested to Mr Budz. I know that others who have been on lock up for fighting or assaults were @ separated before either came off. Please Move Me before he comes off. I'll stay out of trouble.

Resident Signature: _____

**Staff Response:**

You were moved to midland since this was sent. Request is now moot.

Staff Name: _____

Staff Signature: _____    Date: 1/13/20

South Carolina SVPTP
Resident Communication Form

Resident Name: Mark Lott                              Date: 12/25/19

Area of Concern or Interest: (Please select one per form)

- [ ] Property (i.e. package request)      Chief Anderson
- [x] Treatment                            Timothy Budz
- [x] Security                             Dr Kunkle
- [ ] Programs / Activities
- [ ] Medical Care (requests for care must be submitted on sick call form)
- [ ] Food Service
- [ ] Maintenance
- [ ] Other (specify an area of concern not a specific person): _____

Brief description of concern or Issue to be communicated:

At 3o5 PM While TST Brock Was at Kidds door
doing the PAM Kidd Screamed IM Gonna Kill You Mark
Lott. This wasN't Written up. I Was Playing cards. TST
Brock said he wrote it in the Pam that Kidd Made the
Statement.

Resident Signature: _____

Staff Response:
Thank you for the information

Staff Name: _____

Staff Signature: _____          Date: 1/13/20

South Carolina SVPTP
Resident Communication Form

Resident Name: Mark Lott

Date: 12/26/19

Area of Concern or Interest: (Please select one per form)

- [ ] Property (i.e. package request)
- [x] Treatment            Chief Anderson
- [x] Security             Dr Kunkle
- [ ] Programs / Activities    Mr Budz
- [ ] Medical Care (requests for care must be submitted on sick call form)
- [ ] Food Service
- [ ] Maintenance
- [ ] Other (specify an area of concern not a specific person): _____

Brief description of concern or issue to be communicated:

At 6:56 AM today Kidd screamed out his door he was Jonna kill me, Heard by ??? Robinson the RTA on 3rd and officer Miller on 3rd I was at the front of unit. Not written up.

Resident Signature: _____

Staff Response:

Thank you for informing me. Please be aware that this is normal behavior for Resident Kidd. Staff will be made aware of your concern and will take the normal precautions used to protect all residents.

Staff Name: D. Davidson, Sr.

Staff Signature: Maj. Davidson          Date: 12-31-19

NJ

**South Carolina SVPTP**
Resident Communication Form

ᴴ **well**

Resident Name : Mark Loft

Date: 12/3/19

**Area of Concern or Interest: (Please select one per form)**

☐ Property (i.e. package request)
☒ Treatment        Dr Kunkle
☒ Security          Mr Bud Z
                    Chief Anderson
☐ Programs / Activities
                    Mr davidSon
☐ Medical Care (requests for care must be submitted on sick call form)
☐ Food Service
☐ Maintenance
☒ Other (specify an area of concern not a specific person): _____

**Brief description of concern or Issue to be communicated:**

At 5:37 PM Kidd Kicked on the door and officer Fills went to his door. He told officer Fills He was gonna Kill Me. Then said again I am gonna try to kill the MotherFucker when I catch him. This is Part of an continuing cycle of threatening behavior towards me. Patrick guess was down there and heard it. I am tired of the mental and emotional abuse I have to endure with him and his threats

Resident Signature: _____

**Staff Response:**

As you note above the referenced Resident remains on Secure status and you did not hear the threats yourself. You remain housed on Secure due to your own misconduct.

Staff Name: _____

Staff Signature: _____        Date: 12/4/19

*\*\*All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept Communication Forms in person.*

12/2018

HD

**South Carolina SVPTP**

Resident Communication Form

ᗡᒷ **well**

Resident Name : Mark Lott

Date: 12/3/19

**Area of Concern or Interest: (Please select one per form)**

- [ ] Property (i.e. package request)   Chief AAderson
- [x] Treatment                 Mr Bndz
- [x] Security                 Dr Kunkle
- [ ] Programs / Activities
- [ ] Medical Care (requests for care must be submitted on sick call form)
- [ ] Food Service
- [ ] Maintenance
- [x] Other (specify an area of concern not a specific person): _____

**Brief description of concern or Issue to be communicated:**

At 9:43 AM Officer Robinson let Phillip Kidd out for rec without handcuffs on While I was on the unit. 10 30 AM he was brought back in without handcuffs.

Resident Signature: _[signature]_

**Staff Response:**

Please follow written guidelines.

Staff Name: _[signature]_

Staff Signature: _[signature]_          Date: 12/6/19

*\*\*All Resident Communication Forms will be placed in the appropriate communication box. Staff will not accept Communication Forms in person.*          *12/2018*

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:



    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.



I wrote May communication forms and witness statements of all instances of threats, harm and staff Failure to prevent incident

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes
    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑    Yes

☐    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    *Mark Lett #762*
Defendant(s)    *Timothy Budz et al*

2.    Court *(if federal court, name the district; if state court, name the county and State)*
*District of South Carolina*

3.    Docket or index number
*G:19-cv-0)087 - RMG - KSM*

4.    Name of Judge assigned to your case
*Kevin McDonald*

5.    Approximate date of filing lawsuit
*April 12/2019*

6.    Is the case still pending?

☐    Yes

☑    No

If no, give the approximate date of disposition. _____

10

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

 

 

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  _Mark Leff_

    Defendant(s)  _Robert Scott Blurbeville Correctional institution_

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _District of South Carolina    Charleston division_

3.  Docket or index number

    _2:12-CV-02471 - DCN_

4.  Name of Judge assigned to your case

    _David E, Norton_

5.  Approximate date of filing lawsuit

    _August 27, 2012_

6.  Is the case still pending?

    ☐ Yes

    ☑ No

11

If no, give the approximate date of disposition. _August 21, 2014_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

___Judgment in MY favor $500___

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _May 3_, 20_20_

Signature of Plaintiff _____

Printed Name of Plaintiff _Mark Leff_

Prison Identification # _984 2762_

Prison Address _4546 Broad River Rd_

_Columbia_          _SC_          _29210_

   City                    State                  Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____